IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KIMBERLY McLAUGHLIN          :
                             :
          Plaintiff,         :     CIVIL ACTION
                             :
     v.                      :     No. 04CV6003
                             :
PHILADELPHIA PHILLIES        :
a/k/a THE PHILLIES ,         :
                             :
          Defendants.        :

### ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter my appearance on behalf of defendants The Phillies in the above-captioned matter.

Date: January 11, 2005

Richard L. Strouse (ID No. 34490)

Counsel for The Phillies

OF COUNSEL:
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103-7599
(215) 665-8500

PHL_A #1958297 v1

## CERTIFICATE OF SERVICE

I, Richard L. Strouse, hereby certify that on the 11th day of January, 2005, I caused a true and correct copy of the foregoing Entry of Appearance to be served upon the following counsel, via first class mail, postage prepaid, addressed as follows:

>Michael R. Luongo, Esquire
>Dougherty & Luongo, PC
>325 Chestnut Street – Suite 1108
>Philadelphia, PA 19106

Date: January 11, 2005

PHL_A #1958297 v1