IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIMBERLY MCLAUGHLIN | : | |
| | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 04-CV-6003 |
| PHILADELPHIA PHILLIES | : | |

## **ORDER**

**AND NOW,** this 14th day of October, 2005, the court having been advised the Court that the above captioned action has been settled, pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is **ORDERED** that this case is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

BY THE COURT:

S:/R. Barclay Surrick, Judge